IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ANTHONY WEST                                                                                          PETITIONER

v.                                        NO. 2:07CV00070  JMM-JFF

T.C. OUTLAW,
Warden, FCI Forrest City                                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE