IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ANTHONY WEST                                                              PETITIONER

v.                    NO. 2:07CV00070  JMM-JFF

T.C. OUTLAW,
Warden, FCI Forrest City                                                  RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ADJUDGED this 2nd day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE